FILED

DEC 11 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. SUSAN XIAO-PING SU, AKA Susan Su, Defendant - Appellant. | No. 14-10499 D.C. No. 4:11-cr-00288-JST-1 Northern District of California, Oakland ORDER |

On December 10, 2014, this court received appellant's pro se "motion for inquiry," which the court served electronically on counsel. Because appellant is represented by counsel, only counsel may file motions. This court therefore declines to entertain the pro se submission.

Appellee's unopposed motion for an extension of time to file a response to the motion to stay is granted. Appellee's response is now due January 12, 2015. Appellant's optional reply is due within 7 days after service of the opposition.

dev/MOATT

The previously established briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Dru E. Van Dam
Deputy Clerk

dev/MOATT