FILED

JAN 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>SUSAN XIAO-PING SU, AKA Susan Su,<br><br>　　　　Defendant - Appellant. | No. 14-10499<br><br>D.C. No. 4:11-cr-00288-JST<br>Northern District of California,<br>Oakland<br><br>ORDER |

　　Appellee's second, unopposed motion for an extension of time to respond to the motion to stay is granted. Appellee's response is now due February 11, 2015. Appellant's optional reply is due within 7 days after service of the response.

　　The previously established briefing schedule remains in effect.

　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By: Arwen Swink
　　　　　　　　　　　　　　　Motions Attorney/Deputy Clerk

AS/MOATT