FILED

FEB 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff - Appellee,<br><br>　v.<br><br>SUSAN XIAO-PING SU, AKA Susan Su,<br><br>　　　Defendant - Appellant. | No. 14-10499<br><br>D.C. No. 4:11-cr-00288-JST<br>Northern District of California,<br>Oakland<br><br>ORDER |

Appellee's unopposed motion for extension of time to respond to the stay motion is granted. Appellee's response is now due March 13, 2015. Appellant's optional reply is due within 7 days after service of the response.

The previously established briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Dru E. Van Dam
Deputy Clerk

dev/MOATT