No. 14-10499

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Appellee,

v.

SUSAN XIAO-PING SU,

Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(D.C. No. CR 11-0288-JST)

APPELLANT'S RULE 27-13(b) NOTICE OF FILING UNDER SEAL
VOLUME III OF EXCERPTS OF RECORD PURSUANT
TO DISTRICT COURT'S PROTECTIVE ORDER

JOHN J. JORDAN (Cal. Bar No. 175678)
400 Montgomery St. Ste. 200
San Francisco, CA 94104
Tel: (415) 391-4814
FAX: (415) 391-4308

Attorney for Defendant-Appellant
SUSAN XIAO-PING SU

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In Accordance with Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-13(b), Appellant Susan Su hereby requests to file under seal the following documents included in Appellant's Excerpts of Record Volume III, that were filed under seal in the district court:

Item 1: Application/Report of Dr. Gregory.

Item 2: Sealing Order issued August 29, 2014.

The exhibits Appellant seeks to file under seal are the forensic report by Dr. Amanda Gregory that contains confidential personal information regarding Appellant Susan Su, submitted by the defense in support of Su's Fed. R. Crim. P. 33 motion filed in the district court, and the order issued in the district court ordering the filing of the report under seal.

For these reasons, Appellant Su respectfully requests that the Court permit the filing under seal of

1

the indicated documents in Volume III of Appellant's Excerpts of Record.

February 10, 2015.          Respectfully submitted,

*/s/ John J. Jordan*
JOHN J. JORDAN
Attorney for Appellant
SUSAN SU

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over 18 years of age and not a party to the within cause; my business address is 400 Montgomery Street, Ste. 200, San Francisco, CA 94104.

I HEREBY CERTIFY THAT on February 10, 2015, I filed the foregoing with the United States Court of Appeals for the Ninth Circuit by delivery service:

> APPELLANT'S RULE 27-13(b)NOTICE OF FILING UNDER SEAL VOLUME III OF EXCERPTS OF RECORD PURSUANT TO DISTRICT COURT'S PROTECTIVE ORDER, and
>
> EXCERPTS OF RECORD VOLUME III

I FURTHER CERTIFY that the United States Attorney, 450 Golden Gate Ave., San Francisco, CA 94102, is the attorney for the appellee, and copies of the foregoing documents were served today on the United States Attorney by U.S. Mail, in a stamped envelope, properly addressed.

Dated: February 10, 2015.    _____
                             JOHN J. JORDAN