**FILED**

UNITED STATES COURT OF APPEALS

MAR 31 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>SUSAN XIAO-PING SU, AKA Susan Su,<br><br>　　　　Defendant - Appellant. | No. 14-10499<br><br>D.C. No. 4:11-cr-00288-JST<br>Northern District of California,<br>Oakland<br><br>ORDER |

Appellant's motion to withdraw the December 2, 2014 motion for a stay pending appeal is granted. The December 2, 2014 motion is deemed withdrawn.

Appellee's unopposed motion for an extension of time to file the answering brief is granted.

The opening brief has been filed. The answering brief is now due April 17, 2015. The optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Arwen Swink
Motions Attorney/Deputy Clerk

AS/MOATT