

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

April 28, 2015

---

No.:       14-10499
D.C. No.:  4:11-cr-00288-JST-1
Short Title: USA v. Susan Su

---

Dear Appellant:

This court filed your recent transmittal to this office. However, because you are represented by counsel, this court declines to entertain your filing. The court has served your filing on your counsel.