FILED

MAY 06 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SUSAN XIAO-PING SU, AKA Susan Su, <br><br> Defendant - Appellant. | No. 14-10499 <br><br> D.C. No. 4:11-cr-00288-JST <br> Northern District of California, <br> Oakland <br><br> ORDER |

On April 27, 2015, this court received appellant's pro se submissions, which the court served electronically on appellant's appointed counsel John J. Jordan, Esq., 400 Montgomery Street, Suite 200, San Francisco, California 94104, (415) 391-4814. Because appellant is represented by counsel, only counsel may file motions, and this court therefore declines to entertain the submission.

The previously established briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Don Lewis
Deputy Clerk

DL/AppComm Direct Criminal