

United States Attorney
Northern District of California

*11th Floor, Federal Building*     (415)436-7200
*450 Golden Gate Ave., Box 36055*     FAX: (415) 436-7234
*San Francisco, CA 94102-3495*

May 13, 2015

*Via Appellate CM/ECF*

Molly C. Dwyer, Clerk of Court
Ninth Circuit Court of Appeals
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

    Re:    *United States v. Susan Su,* No. 14-10499

Dear Ms. Dwyer:

    I am an assistant United States attorney and counsel for the government in the above referenced appeal. I write to request that, in case the Court sets the appeal for oral argument, it not be set between August 3 and August 14, 2015 (the August calendar) as I will be out of the office during this period.

    Thank you for your consideration of this request.

                                  Very truly yours,
                                  MELINDA HAAG
                                  United States Attorney

                                  /s/ Owen Martikan
                                  OWEN P. MARTIKAN
                                  Assistant United States Attorney

cc:    John J. Jordan, Esq. (via ECF)

| | |
|---|---|
| 9th Circuit Case Number(s) | 14-106; ; |

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 5/35/2015 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format)  /s/ Hui Chen, Paralegal

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)