# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 14-10499 |
| Case Title | USA v. Susan Su |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | October 21, 2015 | Time | 9:00 a.m. | Courtroom | 3 |

Location  James R. Browning U.S. Courthouse, San Francisco, CA

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name  John J. Jordan

Address  400 Montgomery Street, Ste. 200

| | | | | | |
|---|---|---|---|---|---|
| City | San Francisco | State | CA | Zip Code | 94104 |

Phone  (415) 391-4814          Email Address  jjordanesq@aol.com

Party/parties represented  Appellant Susan Su

Special needs you may require in the courtroom

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ John J. Jordan | Date | 10/12/2015 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190