14-10499

11-3-15 RT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 03 2015

Name and Address: Chang guv su
3340 Gardella plz Apt 104
Livermore. CA. 94551

FILED _____
DOCKETED: _____ DATE _____ INITIAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No. 11-CY-00288-JST

Plaintiff / Petitioner

vs.

Melinda Haag

Defendant / Respondent

Susan Xiao-Ping Su

Document Name:

# Appeal

The respected appellant judge:

    I am the father of respondent for the case "11-CY-00288-JST", and also the petitioner for the case "15-CV-02435-KAW". After I was informed about the court hearing for "Tri-Valley University' case on Oct. 21, 2015, because the respondent has mental illness, and the present attorney for this case is very stubborn and cannot understand the nature of the case, only count on the small issues, which is not beneficial to the correction of this case. Now I hereby appeal as follows:

1. This case is obviously a case with serious political factor in the US justice history. Like what the public defender made the final conclusion report at court: "This is the federal government only targeting the respondent. She is running the school with her own conscience." (refer to 'World Journal' on Mar. 25, 2014). Somebody created a political rumor, saying that the US has 'three more' --- 'numerous, like iceberg, and gradually increasing' visa factories. Then, she was sentenced to a prison term for 'Tri-Valley University' case that is 9 times more than any punishment in the history, for the purpose of punishing one to warn hundreds. Is it a political victory for a US Berkeley doctor to suffer such a miserable punishment? Can this really solve the problem of 'Three More' visa factories?

2. The appeal by the prosecutor of this case is rather silly. First, how can Indian diplomats issue visas at tens of times more than the

quotas? The prosecutor didn't conduct any investigation to this issue before the appeal, but only complained swindled by others. Whether is there a bribery issue inside? Whether is there any Vietnamese diplomats selling visas? Whether is there any political factors to favor India? Second, the accusations listed on the appeal statement have their major source of swindling tuition and the tainted witnesses' revenge.

3. The judgment by this case's jury is obviously guided by senior officers. They have two guidance from senior officer Diane Feinstein: decided by interference of 'To attack similar schools' and 'Order to terminate them'. Now it is investigated.

4. This case considers all tuition illegal. In fact, till now, we didn't find any improper payment for selling visas similar to Vietnamese diplomat's '15000 – 70000USD per visa'.

5. This is a typical case of 'School discrimination' and 'Visa flood'.

The above appeal is for the judge's reference, so as to avoid re-appeal with refusal of the second trial.

*Chang gui Su*

Appellant: Chang Gui Su
10/29/2015

# 申诉书

尊敬的上诉法院法官：

我是"11-CV-00288-JST"案被告人的父亲，也是"15-CV-02435-KAW"案的原告人。得知10/21/15上诉法院审理"三欠人学费"的情况之后，对被告有精神病，以对此案辩护的律师们的见识，抓不住案件的本质，与案由作祟，不利于好案件的纠正，故将上书作如下申诉：

① 此案明显是美国司法史上罪严重政治冤案的案件。正如之前辩律师在法庭上最后作总结时发言讲道："这是联邦政府给苏学被告下刀，她办学是怎样也办不好的。"(见3/25/14《世界日报》) 有人首先制造出一种政治谣言，谓美国有"三次一报"；不办之事；由那"鉴证专业"的[鉴证工厂]，然后，企图对三欠只学费的案例超历史同类案例刑期最长记录9倍之多的严惩，以达到杀一儆百的目的。难道一个的妻刚又等博士回办学遭到如此悲惨下场，真是一种政治胜利？真解酿没美国"三欠"的鉴证工厂？

② 此案检察官的起诉是糊涂混的。其一，驻印护外交官为什么会造还找林几十信的地境签证？这个问题检察官在起诉之前没作仔细调查，一味搪塞地以诈骗。这其中有无内外问题？有无类似越南的外交官卖鉴证问题？有无偷渡护外政治冤案？其二，起诉书仲列的罪名，6只引数的案源，是那时贪污拿案所谓的诉勤告的独立证人报复陷的污蔑谎词。

③ 此案院审团的裁决，明显是受高官指使。是受立法高官范畴两项指示："逮捕苏以向苏学校"和"要求勤告以苏为"的不等而作出诉，现把这案审查。

④ 此案把办学收的全部学费统统定为非法办学。其实，至今为止还未发现学校有类似驻威外交官1.5-7万美元一张卖鉴证之类的不正当收费。

⑤ 此案是"权钩政朝"和"滥警"的典型案例。

以上申诉供法官参考，以免二审不服再上诉。

申诉人：苏长贵 chang gui su
10/29/15