FILED

DEC 03 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SUSAN XIAO-PING SU, AKA Susan Su, <br><br> Defendant - Appellant. | No. 14-10499 <br><br> D.C. No. 4:11-cr-00288-JST-1 <br> Northern District of California, <br> Oakland <br><br> ORDER |

Before: SILVERMAN and CHRISTEN, Circuit Judges, and DUFFY,[*] District Judge.

Appellant's motion to strike the pro-se brief filed on November 27, 2015, is granted.

---

[*] The Honorable Kevin Thomas Duffy, District Judge for the U.S. District Court for the Southern District of New York, sitting by designation.