FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 14-10499 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 4:11-cr-00288-JST-1 Northern District of California, Oakland |
| v. | |
| SUSAN XIAO-PING SU, AKA Susan Su, | ORDER |
| Defendant - Appellant. | |

Before: SILVERMAN and CHRISTEN, Circuit Judges, and DUFFY,[*] District Judge.

The panel has unanimously voted to deny Appellant's petition for panel rehearing. Judges Silverman and Christen have voted to deny the petition for rehearing en banc, and Judge Duffy has so recommended.

The full court has been advised of Appellant's petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc. Fed. R. App. P. 35.

The petition for rehearing and the petition for rehearing en banc are DENIED.

---

[*] The Honorable Kevin Thomas Duffy, District Judge for the U.S. District Court for the Southern District of New York, sitting by designation.