# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 28, 2016

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Susan Xiao-Ping Su
           v. United States
           No. 15-8726
           (Your No. 14-10499)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 24, 2016 and placed on the docket March 28, 2016 as No. 15-8726.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Michael Duggan
                      Case Analyst