# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

April 18, 2016

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

Mr. John J. Jordan, Esq.
400 Montgomery St., Suite # 200
San Francisco, CA 94104

Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

    **Re: Susan Xiao-Ping Su**
         **v. United States,**
         **No. 15-8726**

Dear Mr. Jordan:

    Attached are certified copies of the motion to dismiss the petition for writ of certiorari, filed on April 18, 2016, and the order of dismissal pursuant to Rule 46 of the Rules of this Court.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By

    Herve' Bocage
    Assistant Clerk

Enc.
cc:    Clerk, USCA for the Ninth Circuit
        (Your docket No. 14-10499)

# Supreme Court of the United States

No.     15-8726

SUSAN XIAO-PING SU,

Petitioner

v.

UNITED STATES

(18 Apr. 16). The foregoing motion to dismiss the petition for writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46 of the Rules of this Court.

(Seal)

SCOTT S. HARRIS
Clerk of the Supreme Court
  of the United States
By:

Jeffrey Atkins
Deputy Clerk

A true copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: _____

No. 15-8726

IN THE

Supreme Court of the United States

SUSAN XIAO PING SU

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

On Petition for a Writ of Certiorari to the
United States Court of Appeals for the Ninth Circuit

Motion to Dismiss Petition for Writ of Certiorari to the
United States Court of Appeals for the Ninth Circuit

John J. Jordan*
400 Montgomery St. Ste. 200
San Francisco, CA 94104
Counsel for Petitioner

*Counsel of Record

IN FORMA PAUPERIS

RECEIVED
APR 1 3 2016
OFFICE OF THE CLERK
SUPREME COURT, U.S.



A true copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By:

Pursuant to Supreme Court Rule 46, petitioner moves this Court for leave to dismiss the petition the petition for a writ of certiorari previously filed in this case, number 15-8726.

1. On October 31, 2014, the United States District Court for the Northern District of Californian, in United States v. Susan Xiao-Ping Su, CR 11-0288-JST, sentenced Su to 198 months imprisonment; 3 years supervised release; and a $3100 penalty assessment.

2. The United States District Court had jurisdiction over this federal criminal case pursuant to 28 U.S.C. § 3231.

3. On December 7, 2015, the Ninth Circuit denied Su's appeal in an unpublished memorandum decision.

4. On January 6, 2016, the Ninth Circuit denied the petition for rehearing en banc.

5. The Ninth Circuit had jurisdiction over Su's direct appeal of her criminal conviction pursuant to 28 U.S.C. § 1291.

6. On March 24, 2016, counsel for petitioner Su timely filed a petition for a writ of certiorari with this Court, presenting four questions for review, and moved for leave to proceed in forma pauperis.

7. This Court has jurisdiction over the petition for a writ of certiorari under 28 U.S.C. § 1254(1).

8. After review of the petition for a writ of certiorari prepare by the

2

undersigned counsel, Su informed counsel that she had discharged counsel and requested counsel immediately withdraw the petition for a writ of certiorari previously filed by counsel on March 24, 2016. Su further informed counsel that she had timely filed her ow pro se petition for a writ of certiorari with the Court.

Accordingly, counsel requests permission to dismiss the petition for a writ of certiorari filed on March 24, 2016 under case number 15-8726, and withdraws from further representation of the petitioner.

Dated: April 11, 2016.  Respectfully submitted,

JOHN J. JORDAN
Attorney for Petitioner
SUSAN XIAO PING SU