# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 18, 2016

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

   Re: Susan Xiao-Ping Su
     v. United States
     No. 15-8973
     (Your No. 14-10499)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on April 1, 2016 and placed on the docket April 18, 2016 as No. 15-8973.

       Sincerely,

       **Scott S. Harris**, Clerk

       by

       Michael Duggan
       Case Analyst